| AO 10<br>Rev. 1/2011 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2010 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Moody, James M. | 2. Court or Organization<br><br>USDC, Eastern Division | 3. Date of Report<br><br>05/09/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br> magistrate judges indicate full- or part-time)<br><br>U.S. District Judge-Senior | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,      Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2010<br>to<br>12/31/2010 |
| 7. Chambers or Office Address<br><br>500 West Capitol<br>Suite C-446<br>Little Rock, AR 72201-3396 | 8. On the basis of the information contained in this Report and any<br> modifications pertaining thereto, it is, in my opinion, in compliance<br> with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust #1-Part VII Line 41 |
| 2. Trustee | Trust #2-Part VII Line 64 |
| 3. Trustee | Trust #3-Part VII Line 107,line 112 |
| 4. Trustee | Trust #4-Part VII Line 134 |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

**Moody, James M.**

| Name of Person Reporting | Date of Report |
| --- | --- |
| Moody, James M. | 05/09/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
| --- | --- | --- |
| 1. | 2010 | Self Employed Tutor |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
| --- | --- | --- | --- | --- | --- |
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, James M. | 05/09/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✓ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✓ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, James M. | 05/09/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. One Bank NA-Account | A | Interest | L | T | | | | | |
| 2. Bank Of America NA-Account | A | Interest | J | T | | | | | |
| 3. Regions Bank NA-Account | A | Interest | J | T | | | | | |
| 4. Telco Federal Credit Union-Account | A | Interest | J | T | | | | | |
| 5. Regions Bank/Morgan Keegan (IRA)-Account | B | Int./Div. | K | T | | | | | |
| 6. Vanguard Growth Index Fund (IRA) | A | Dividend | L | T | | | | | |
| 7. Fidelity Growth Strategies Fund N/L-FDEGX (IRA) | A | Dividend | J | T | | | | | |
| 8. Activision Blizzard Inc-ATV-(IRA) | A | Dividend | J | T | | | | | |
| 9. Goldman Sachs Bank-Account (IRA)(X) | A | Interest | J | T | | | | | |
| 10. BH & M Oil Comm Stock | B | Dividend | J | T | | | | | |
| 11. Putnam Amer Growth & Income | A | Dividend | J | T | | | | | |
| 12. Amer Funds AMCAP Fund | A | Dividend | J | T | | | | | |
| 13. Janus Global Tech Fund | A | Dividend | J | T | | | | | |
| 14. Raymond James Bank FSB-Account(X) | A | Int./Div. | J | T | | | | | |
| 15. Header 1-1 | | | | | | | | | |
| 16. IShares Russell 2000 Value Fund | A | Dividend | | | Sold | 02/04/10 | J | | |
| 17. Ishares Inc MSCI Australia-EWA | A | Int./Div. | J | T | Buy | 06/28/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Moody, James M. | 05/09/2011 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Ishares Inc MSCI CDA Index-EWC | A | Int./Div. | J | T | Buy | 06/28/10 | J | | |
| 19. Ishares TR MSCI Emerg Mkt-EEM | A | Int./Div. | K | T | Buy | 02/04/10 | K | | |
| 20. Ishares Tr Barclays 1-3 yr-SHY | A | Int./Div. | J | T | Buy | 06/28/10 | J | | |
| 21. IShares TR MSCI EAFE IDX-EFA | A | Int./Div. | K | T | Buy | 02/04/10 | K | | |
| 22. IShares TR Russell 1000VAL-IWD | A | Int./Div. | K | T | Buy | 06/28/10 | K | | |
| 23. Ishares TR Rusell MCP GR-IWP | A | Int./Div. | K | T | Buy | 06/28/10 | K | | |
| 24. IShares TR S&P MC 400 GRW-IJK | A | Int./Div. | K | T | Buy | 06/28/10 | K | | |
| 25. IShares TR Russell 1000GRW-IWF | A | Int./Div. | K | T | Buy | 06/28/10 | K | | |
| 26. Ishares TR Rusl 2000 Value-IWN | A | Int./Div. | J | T | Buy | 06/28/10 | J | | |
| 27. IShares TR Russell 2000 Growth-IWO | A | Int./Div. | K | T | Buy | 06/28/10 | K | | |
| 28. IShares TR S&P Midcap Value-IJJ | A | Int./Div. | J | T | Buy | 06/28/10 | J | | |
| 29. IShares TR S&P SMLCP Grow-IJT | A | Int./Div. | K | T | Buy | 06/28/10 | K | | |
| 30. Ishares TR Barclays 1-3 yr-CSJ | C | Int./Div. | M | T | Buy | 06/28/10 | M | | |
| 31. IShares Russell 2000 Growth | A | Int./Div. | | | Sold | 02/04/10 | K | A | |
| 32. IShares Russell 1000 Gr. Index | A | Int./Div. | | | Sold | 02/04/10 | K | A | |
| 33. Ishares Russell 1000 Value Index | A | Int./Div. | | | Sold | 02/04/10 | K | A | |
| 34. Ishares Russell Midcap G Index Fund | A | Int./Div. | | | Sold | 02/04/10 | K | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, James M. | 05/09/2011 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. IShares S&P Midcap 400 Value | A | Int./Div. | | | Sold | 02/04/10 | K | A | |
| 36. IShares S&P Midcap 400 400 Growth | A | Int./Div. | | | Sold | 02/04/10 | J | B | |
| 37. IShares S&P 500 Growth index | A | Int./Div. | | | Sold | 02/04/10 | K | A | |
| 38. Ishares Barclay 1-3 year-Lot 1-SHY | B | Int./Div. | M | T | Sold (part) | 02/04/10 | M | A | |
| 39. Goldman Sachs Bank,USA-Account(X) | A | Interest | J | T | | | | | |
| 40. Raymond James Bank, FSB-Account(X) | A | Interest | J | T | | | | | |
| 41. Header 1-2 | | | | | | | | | |
| 42. Muni Cash Trust(X) | A | Interest | L | T | | | | | |
| 43. Batesville Ar School Dist 001 RFDG & Const | A | Interest | K | T | Buy | 11/08/10 | L | | |
| 44. Greene County AR Housing | B | Interest | K | T | | | | | |
| 45. Pul Cnty AR Hsp Rev Childrens Hosp | B | Interest | | | Redeemed | 12/03/10 | K | A | |
| 46. Union Cnty Ar Housing | A | Interest | | | Redeemed | 10/01/10 | J | A | |
| 47. UA FAyetvl Var Fac | B | Interest | L | T | | | | | |
| 48. Sprindale Ar Sch DIst #50 | B | Interest | K | T | | | | | |
| 49. Springdale AR SD050 | C | Interest | L | T | | | | | |
| 50. LR Ark Health Fac BD Baptist Medical Center | A | Interest | | | Redeemed | 10/01/10 | K | A | |
| 51. Conway AR Pub Fac Bd Cap Improvements Rev Ref Hendrix | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, James M. | 05/09/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. Paragould AR Water & Sewer Rev B/E | C | Interest | L | T | | | | | |
| 53. AR St R Fdg Water Waste Disp & Poll CB/E | B | Interest | K | T | | | | | |
| 54. AR St Univ Rev Hsg Sys FGIC B/E | C | Interest | L | T | | | | | |
| 55. NLR Hlth Fac Board Hlth Care RV Ref Baptist Hth B/E | B | Interest | K | T | | | | | |
| 56. FOrt Smith AR Water & Sewer Rev Ser C FSA B/E | B | Interest | K | T | | | | | |
| 57. AR State High Ed Ser B | B | Interest | K | T | | | | | |
| 58. Univ of Ark Univ Rev Var Fac Fytvlle Campus A B/E FGIC | B | Interest | K | T | | | | | |
| 59. Arkadeplhia AR Pub Ed Facs Rev Ouachita Baptst Univ B/E | C | Interest | L | T | | | | | |
| 60. Rogers AR Sewere Imprvt Ambac B/E | C | Interest | L | T | | | | | |
| 61. Russellevilee AR School | B | Interest | K | T | | | | | |
| 62. Bryant AR School | C | Int./Div. | L | T | | | | | |
| 63. Paris AR School | C | Interest | L | T | | | | | |
| 64. Header 1-3 | | | | | | | | | |
| 65. Centerpoint Energy | A | Int./Div. | | | Sold | 09/09/10 | J | C | |
| 66. Walter Inv Mgmt | A | Int./Div. | | | Sold | 01/15/10 | J | A | |
| 67. Medical Property Trust | A | Int./Div. | | | Sold | 03/17/10 | K | B | |
| 68. Energy, Inc. | A | Int./Div. | | | Sold | 04/26/10 | K | C | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, James M. | 05/09/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. Live Nation CCE SPinco | A | Int./Div. | | | Sold | 03/05/10 | J | A | |
| 70. Telemex | A | Int./Div. | | | Sold | 02/03/10 | J | A | |
| 71. First SOuthWest PRime MM FUnds | A | Int./Div. | J | T | | | | | |
| 72. Aloca Inc. | A | Int./Div. | K | T | Buy | 05/11/10 | J | | |
| 73. Banco Bilbaovizcaya | A | Int./Div. | J | T | | | | | |
| 74. Bank of America Corp | A | Int./Div. | J | T | | | | | |
| 75. Berkshire Hathaway, Inc. | A | Int./Div. | J | T | | | | | |
| 76. BP Amoco Spons ADR-BP | A | Int./Div. | K | T | Buy | 05/05/10 | K | | |
| 77. Costco | A | Int./Div. | K | T | | | | | |
| 78. Contax Paratiacipacoes SA-CTXNY (X) | A | Int./Div. | J | T | | | | | |
| 79. FISERV, Inc. | A | Int./Div. | K | T | | | | | |
| 80. GlaxosmithKline | A | Int./Div. | J | T | Sold (part) | 11/22/10 | J | A | |
| 81. Hospitality Partners Trust-HPT | B | Int./Div. | K | T | Buy | 04/15/10 | J | | |
| 82. Hospitality Partners Trust-HPT | A | Int./Div. | | | Sold (part) | 04/15/10 | K | A | |
| 83. International Paper Co | A | Int./Div. | K | T | Buy | 05/28/10 | J | | |
| 84. International Paper Co | A | Int./Div. | | | Sold | 04/19/10 | J | A | |
| 85. Lexmark Int Group | A | Int./Div. | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, James M. | 05/09/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Limited Brands Inc | A | Int./Div. | | | Sold | 02/03/10 | J | A | |
| 87. MGIC INvestment Corp | A | Int./Div. | J | T | | | | | |
| 88. Markel Corp | A | Int./Div. | J | T | | | | | |
| 89. Microsoft Corp | A | Int./Div. | J | T | Buy (add'l) | 09/09/10 | J | | |
| 90. Motors Liquidation-MTLQQ (X) | A | Int./Div. | J | T | | | | | |
| 91. PNC Financial Svcs Grp | A | Int./Div. | K | T | | | | | |
| 92. Petroleo BRasilerio, SA | A | Int./Div. | K | T | | | | | |
| 93. Pfizer | A | Int./Div. | J | T | | | | | |
| 94. Public Service Enterprise | A | Int./Div. | K | T | | | | | |
| 95. Spectra Energy | A | Int./Div. | K | T | | | | | |
| 96. Tawain Semiconductor Mfg | A | Int./Div. | | | Sold | 01/19/10 | J | A | |
| 97. Tawain Semiconductor Mfg | A | Int./Div. | J | T | Buy | 01/29/10 | J | | |
| 98. Banco Santander SA-STD | A | Int./Div. | J | T | Buy | 02/19/10 | J | | |
| 99. Telefonica de espana SA | B | Int./Div. | K | T | | | | | |
| 100. Telefonos de Mexico | A | Int./Div. | J | T | | | | | |
| 101. Tim Particiacoes | A | Int./Div. | J | T | | | | | |
| 102. Thornburg Income Builder CL C-TIBCX | A | Int./Div. | M | T | Buy | 11/27/10 | M | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Moody, James M. | 05/09/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Calamos Gorwth CLC | A | Int./Div. | | | Sold | 11/24/10 | L | D | |
| 104. IShares MSCI Japan Index Fund -EWJ | A | Int./Div. | K | T | | | | | |
| 105. Oppenheimer GLobal CL C | A | Int./Div. | M | T | | | | | |
| 106. Header 1-4 | | | | | | | | | |
| 107. Raymond James Bank,FSB-Account(X) | A | Interest | K | T | | | | | |
| 108. Morgan Stanley Com Stock | A | Dividend | J | T | | | | | |
| 109. Wal-Mart Stores Com Stock | B | Dividend | K | T | | | | | |
| 110. Discover Fiancial Svc | A | Dividend | J | T | | | | | |
| 111. Header 1-5 | | | | | | | | | |
| 112. Russellville AR School Dist Constr CFG | B | Interest | K | T | | | | | |
| 113. LR AR School District Ser B | C | Interest | K | T | | | | | |
| 114. Pulaski Cnty AR Childrens Hosp | A | Interest | | | Redeemed | 12/03/10 | J | A | |
| 115. Fort Smith AR Water & Sewer Rev Ser C | A | Interest | K | T | | | | | |
| 116. General MOtors Corp NOte | A | Interest | K | T | | | | | |
| 117. Muni Cash Trust Funds | A | Interest | K | T | | | | | |
| 118. Roger AR School | C | Interest | L | T | | | | | |
| 119. Header 2-1 | | | | | | | | | |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, James M. | 05/09/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Raymond James Bank, FSB | A | Interest | J | T | | | | | |
| 121. First Horizon National COrp | A | Dividend | J | T | | | | | |
| 122. SunTrust Banks | A | Dividend | J | T | | | | | |
| 123. Header 2-2 | | | | | | | | | |
| 124. Raymond James Bank, FSB | A | Interest | J | T | . | | | | |
| 125. Fed Ex COrp | A | Dividend | L | T | | | | | . |
| 126. Intel | B | Dividend | L | T | | | | | |
| 127. Qualcomm, Inc | A | Dividend | J | T | | | | | |
| 128. Activision Blizzard, Inc. | A | Dividend | J | T | | | | | |
| 129. Morgan Stanley | A | Dividend | J | T | | | | | |
| 130. Apple Inc.-AAPL | A | Dividend | K | T | Buy | 05/07/10 | K | | |
| 131. Merck | A | Dividend | J | T | Buy | 11/05/10 | K | | |
| 132. Blackstone Group LP Comm Unit Ltd-BX | A | Distribution | J | T | | | | | |
| 133. Header 2-3 | | | | | | | | | |
| 134. Raymond James Bank, FSB | A | Interest | K | T | | | | | |
| 135. Cisco | A | Dividend | J | T | | | | | |
| 136. Dell Computer | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, James M. | 05/09/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 137. General Electric | A | Dividend | K | T | | | | | |
| 138. Microsoft | A | Dividend | K | T | | | | | |
| 139. Discover FIncl Svcs | A | Dividend | J | T | | | | | |
| 140. Chesapeake Energy Corp | A | Dividend | J | T | | | | | |
| 141. Celegene Corp | A | Dividend | J | T | | | | | |
| 142. Header 2-4 | | | | | | | | | |
| 143. Raymond James Bank, FSB | A | Int./Div. | K | T | | | | | |
| 144. Goldman Sachs Bank, USA-Account(X) | C | Interest | M | T | | | | | |
| 145. Evergreen Solar, Inc. | A | Dividend | J | T | | | | | |
| 146. IDeal Holding Ltd | C | Dividend | K | T | | | | | |
| 147. Mineral interestl)-Lafayette County Arkansas (X) | C | Royalty | J | W | | | | | |
| 148. Rental #1-Nashville TN-(X) | C | Rent | K | W | | | | | |
| 149. IShares TR MSCI Emerg Mkt-EEM | | None | | | Sold (part) | 06/28/10 | K | A | |
| 150. IShares TR MSCI EAFE Index-EFA | A | Dividend | | | Sold | 06/28/10 | K | | |
| 151. IShares TR MSCI EAFE Index-EFA | | None | | | Buy | 02/04/10 | K | | |
| 152. Poewrshares QQQ Trust UNit Series 1-QQQQ | A | Dividend | | | Sold | 06/28/10 | K | B | |
| 153. Poewrshares QQQ Trust UNit Series 1-QQQQ | | None | | | Buy | 02/04/10 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000.000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, James M. | 05/09/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Power Shares DB Commodity Index TRackin-DBC | A | Dividend | | | Sold | 06/28/10 | K | | |
| 155. Power Shares DB Commodity Index TRackin-DBC | | None | | | Buy | 02/04/10 | K | | |
| 156. Sector SPDR TR SBI MAterials XLB | A | Dividend | | | Sold | 06/28/10 | J | | |
| 157. Sector SPDR TR SBI MAterials XLB | | None | | | Buy | 02/04/10 | J | | |
| 158. Sector SPDR TR SBIHEalthcare-XLV | A | Dividend | | | Sold | 06/28/10 | K | | |
| 159. Sector SPDR TR SBIHEalthcare-XLV | | None | | | Buy | 02/04/10 | K | | |
| 160. Sector SPDR TR SBISTPLS XLP | A | Dividend | | | Sold | 06/28/10 | J | | |
| 161. Sector SPDR TR SBISTPLS XLP | | None | | | Buy | 02/04/10 | J | | |
| 162. Sector SPDR TR SBIDISCR-XLY | A | Dividend | | | Sold | 06/28/10 | J | A | |
| 163. Sector SPDR TR SBIDISCR-XLY | | None | | | Buy | 02/04/10 | J | | |
| 164. Sector SPDR TR SBI-Energy=XLE | A | Dividend | | | Sold | 06/28/10 | J | | |
| 165. Sector SPDR TR SBI-Energy=XLE | | None | | | Buy | 02/04/10 | J | | |
| 166. Sector SPDR Tr SBI-FINL-XLF | A | Dividend | | | Sold | 06/28/10 | J | A | |
| 167. Sector SPDR Tr SBI-FINL-XLF | | None | | | Buy | 02/04/10 | J | | |
| 168. Sector SPDR TR SBI-INDS-XLI | A | Dividend | | | Sold | 06/28/10 | J | A | |
| 169. Sector SPDR TR SBI-INDS-XLI | | None | | | Buy | 02/04/10 | J | | |
| 170. Sector SPDR TR SBI-Tech-XLK | A | Dividend | | | Sold | 06/28/10 | K | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 171.  Sector SPDR TR SBI-Tech-XLK | | None | | | Buy | 02/04/10 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B 1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, James M. | 05/09/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Key To 2009/2010 Item #'s:

2010 # 2009 # Comment
1 1
2 2
3 3
4 4
5 6
6 8
7 12 Name corrected
8 51
9 NR Increase in Value
10 9
11 10
12 11
13 7
14 NR Increase in Value
15 13 Header changed
16 14
17 New
18 New
19 New
20 New
21 New
22 New
23 New
24 New
25 New
26 New
27 New
28 New
29 New
30 New
31 15
32 16
33 17
34 18
35 19
36 20
37 21
38 25
39 NR Increase in Value
40 NR Increase in Value
41 26 Header changed
42 New
43 New
44 27
45 28
46 29
47 30
48 32
49 34
50 35
51 36
52 37
53 38
54 39
55 40
56 41
57 42
58 43
59 44
60 45
61 47
62 48
63 49

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, James M. | 05/09/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

64 52 Header changed
65 149
66 151
67 152
68 154
69 155
70 157
71 53
72 148
73 55
74 56
75 57
76 New
77 60
78 NR Increase in Value
79 62
80 64
81 New
82 New
83 New
84 65
85 67
86 68
87 69
88 70
89 71
90 NR Increase in Value
91 72
92 73
93 74
94 75
95 77
96 78
97 New
98 New
99 79
100 80
101 81
102 New
103 85
104 24 Sold Part 2009
105 87
106 88 Header changed
107 NR Increase in Value
108 89
109 90
110 91
111 92 Header changed
112 101
113 93
114 94
115 96
116 98
117 99
118 102
119 100 Header changed
120 103
121 105
122 106
123 108 Header changed
124 109
125 110
126 111
127 113
128 116
129 118
130 New

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, James M. | 05/09/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

131 143
132 117
133 121 Header changed
134 122
135 123
136 124
137 125
138 126
139 131
140 132
141 133
142 134 Header changed
143 135
144 New
145 139 Reported in Error
146 141 Name corrected
147 NR Increase in Value
148 NR Increase in Value
149 NR Buy/Sell
150 NR Buy/Sell
151 NR Buy/Sell
152 NR Buy/Sell
153 NR Buy/Sell
154 NR Buy/Sell
155 NR Buy/Sell
156 NR Buy/Sell
157 NR Buy/Sell
158 NR Buy/Sell
159 NR Buy/Sell
160 NR Buy/Sell
161 NR Buy/Sell
162 NR Buy/Sell
163 NR Buy/Sell
164 NR Buy/Sell
165 NR Buy/Sell
166 NR Buy/Sell
167 NR Buy/Sell
168 NR Buy/Sell
169 NR Buy/Sell
170 NR Buy/Sell
171 NR Buy/Sell
5 Deleted
22 Sold 2009
23 Sold 2009
31 Redeemed 2009
33 Redeemed 2009
46 Removed header
50 Reported in Error
54 Sold 2009
58 Sold 2009
59 Sold 2009
61 Sold 2009
63 Sold 2009
66 Sold 2009
76 Duplicate-removed
82 Sold 2009
83 Sold 2009
84 Sold 2009
86 Sold 2009
95 Redeemed 2009
97 Redeemed 2009
104 Sold 2009
107 Sold 2009
112 Reported in Error
114 Sold 2009
115 Reported in Error
119 Sold 2009

| Name of Person Reporting | Date of Report |
| --- | --- |
| Moody, James M. | 05/09/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

120 Sold 2009
127 Redeemed 2009
128 Reported in Error
129 Redeemed 2009
130 Redeemed 2009
136 Redeemed 2009
137 Reported in Error
138 Redeemed 2009
140 Redeemed 2009
142 Duplicate-removed
144 Duplicate-removed
145 Duplicate-removed
146 Duplicate-removed
147 Duplicate-removed
150 Reported in Error
153 Duplicate-removed
156 Reported in Error

NR=Not Reported due to value below min.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ James M. Moody

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544